MAGISTRATE JUDGE MONICA BENTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SANTOS RANOL SAMAYO-GARCIA,<br><br>    Defendant. | NO. CR 05-278 P<br><br>ORDER EXTENDING THE TIME IN WHICH TO FILE INDICTMENT PURSUANT TO 18 U.S.C. § 3161(b) |

The Court has considered the joint motion and proposed order filed herein and now finds the following:

1. That defense counsel requires additional time in which to investigate the charges currently pending against the defendant in this matter. Without an extension of the time in which to indict, defense counsel would be denied reasonable time necessary for effective preparation. The defendant has executed and filed a waiver of his right to a speedy indictment to September 16, 2005.

2. The parties believe that an extension of the time in which to indict may result in the possible resolution of the case without an indictment and without trial.

3. The parties agree that it is appropriate for the Court to enter an order

(PROPOSED) ORDER EXTENDING TIME TO FILE
INDICTMENT PURSUANT TO 18 USC § 3161(b) - 1
(Santos Ranol Samayoa-Garcia; CR05-278P)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
1(206) 553-1100

1 extending the time in which to indict under 18 U.S.C. § 3161(b) until September 16,
2 2005 and that the ends of justice served by granting the requested extension of time in
3 which to indict outweigh the best interest of the public and the defendant in a speedy
4 indictment.

5     4.    The Court therefore finds good cause for an extension of the time in which
6 to indict under 18 U.S.C. § 3161(b).

7     THEREFORE,

8     IT IS HEREBY ORDERED that the date on or before in which an indictment in
9 this case must be filed against the defendant shall be extended from August 12, 2005,
10 until September 16, 2005.

11     IT IS FURTHER ORDERED that the period of delay from August 12, 2005, until
12 September 16, 2005, is excluded time pursuant to 18 U.S.C. § 3161(h).

13     DONE this 8th day of August, 2005.

15     /s/MONICA J. BENTON
    Monica J. Benton
    United States Magistrate Judge

(PROPOSED) ORDER EXTENDING TIME TO FILE
INDICTMENT PURSUANT TO 18 USC § 3161(b) - 2
(Santos Ranol Samayoa-Garcia; CR05-278P)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
2(206) 553-1100

1  Presented by:

2

3  s/Brian Tsuchida
   WSBA No. 14886
4  Attorney for Santos Samayoa-Garcia
   Federal Public Defender
5  1601 Fifth Avenue, Suite 700
   Seattle WA 98101
6  206/553-1100 voice
   206/553-0120 facsimile
7  brian_tsuchida@fd.org

8

9  s/Don Reno
   Assistant United States Attorney
10 700 Stewart St., Suite 5220
   Seattle, WA  98101-1271

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER EXTENDING TIME TO FILE
INDICTMENT PURSUANT TO 18 USC § 3161(b) - 3
(Santos Ranol Samayoa-Garcia; CR05-278P)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
3(206) 553-1100